**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Hunter, | No. CV-26-00122-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| TForce Freight Incorporated, | |
| Defendant. | |

Plaintiff Charles Hunter seeks an extension of time to complete service of the summons and complaint. (Doc. 25.) Hunter's motion states he "prepared and submitted the Summons for issuance" and "is awaiting issuance of the Summons by the Clerk of Court." (Doc. 25.) The docket does not reflect Hunter submitted a summons for issuance. Hunter is reminded again that if he is using generative artificial intelligence to prepare his filings, he must comply with the court's procedures regarding generative AI. Those procedures require Hunter identify the portions of any filing incorporating generative AI outputs. (Doc. 24 at 3.) Hunter also must certify that he has "personally reviewed and verified the content of the filing as accurate." (Doc. 24 at 3.) Hunter appears to have violated these requirements. And even if he did not use generative AI to draft his latest motion, the representation that he submitted a summons to the clerk's office and is awaiting its issuance appears to lack evidentiary support. Such false statements may lead to sanctions, including dismissal of this case. Fed. R. Civ. P. 11(b)(3). Any future motion containing a false statement of law and fact will be summarily denied.

Accordingly,

**IT IS ORDERED** the Motion for Extension (Doc. 25) is **GRANTED**. Plaintiff shall file proof of service no later than **May 27, 2026**. The Clerk of Court shall enter a judgment of dismissal with prejudice in the event no proof of service is filed by that date.

Dated this 27th day of April, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -